```
```

MELODIE A. WHITSON (CA SBN 253093)
CASPER J. RANKIN (CA SBN 249196)
ANNE W. HAMANN (CA SBN 254327)
PAUL OUDOM (CA SBN 237672)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Entered on Docket
May 04, 2010
GLORIA L. FRANKLIN, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED.
Signed May 04, 2010




Arthur S. Weissbrodt
U.S. Bankruptcy Judge

_____

Attorneys for THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS ALT-A TRUST 2005-4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-4

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROENNA H. NGUYEN,<br><br><br><br><br><br><br><br>Debtor(s). | Case No. 10-50755-ASW<br><br>Chapter 13<br><br>R.S. No. KLJ-1104<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE: April 2, 2010<br>TIME: 2:00pm<br>CTRM: 3020<br><br>Northern District of California - San Jose Division<br>United States Bankruptcy Court<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |

The above-captioned matter came on for hearing on April 2, 2010, at 2:00 PM, in Courtroom 3020, upon the Motion of The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-4, Mortgage Pass-Through Certificates, Series 2005-4 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Roenna H. Nguyen ("Debtor") commonly known as 728

- 1 -

Case: 10-50755   Doc# 20   Filed: 05/04/10   Entered: 05/04/10 12:37:51   Page 1 of 3

Old Moccasin Avenue, North Las Vegas, Nevada 89032 (the "Real Property"), which is legally described as follows:

> SEE LEGAL DESCRIPTION AS EXHIBIT FOR PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY, DOCKET NUMBER 18.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust, and pursuant to applicable state law;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtor fails to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

6. Upon entry of this Order, the Chapter 13 Trustee shall cease making payments in regard to Movant's claim filed in this bankruptcy case;

7. Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case; and

8. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

** END OF ORDER **

# COURT SERVICE LIST

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Roenna H. Nguyen
750 N. King Rd., #207
San Jose, CA 95133

David James Trapp
Law Offices of David James Trapp
540 Bird Ave. #200
San Jose, CA 95125
Debtor Attorney

Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013
Trustee

U.S. Trustee
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004